UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN,<br>    Plaintiff,<br>v.<br>CARLVIN JUSTICE,<br>    Defendant. | Case No. 3:16-cv-05468-JD<br><br>**ORDER RE COUNTERCLAIM AND MOTION FOR RELIEF FROM JUDGMENT**<br><br>Re: Dkt. Nos. 11, 12 |

On October 17, 2016, the Court held that this case was removed improvidently and without jurisdiction. Dkt. No. 6. Consequently, the action was remanded to the Alameda County Superior Court and this case was closed. *Id.* This case remains closed, and no further filings will be accepted.

**IT IS SO ORDERED.**

Dated: April 13, 2017

_____
JAMES DONATO
United States District Judge